### IN THE UNITED STATES OF DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **RONNIE PETTWAY,** * | |
| * | |
| Plaintiff, * | |
| * | Case No.: 1:22-cv-00371-N |
| v. * | |
| * | |
| **FLOYD JAMAL PETTWAY**, *et al.,* * | |
| * | |
| Defendants. * | |
| * | |

### MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

COMES NOW, the Plaintiff, RONNIE PETTWAY, by and through undersigned counsel and pursuant to Fed R C P 55(b)(2) moves this Court for an entry of default and default judgment against Defendants Officer Floyd Jamal Pettway, Officer Tabitha Lamar, Officer Rodrick Sheldton, Officer Lee Pierce, Officer Rodney Greenley, Lawrence L. Battiste, IV, Chief of Police, City of Mobile, Mayor William S. Stimpson, and Sargent John C. Young. In support thereof, the Plaintiff states as follows:

1. Defendant Officer Floyd Jamal Pettway was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc. 10).
2. Defendant Officer Tabitha Lamar was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc. 10).
3. Defendant Officer Rodrick Sheldton was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc. 10).
4. Defendant Officer Lee Pierce was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc.10).
5. Defendant Officer Rodney Greenley was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc. 10).
6. Defendant Lawrence L. Battiste, IV, Chief of Police was served a copy of the Summons and Complaint on September 28, 2022, by USPS certified mail (Doc. 10).

7. Defendant City of Mobile c/o City Clerk was served a copy of the Summons and Complaint on September 29, 2022, by USPS certified mail (Doc. 10).
8. Defendant Mayor William S. Stimpson was served a copy of the Summons and Complaint on October 03, 2022, by USPS certified mail (Doc.10).
9. Defendant Sargent John C. Young was served a copy of the Summons and Complaint on September 28, 2022, by USPS certified mail (Doc. 10).
10. More than thirty (30) days have elapsed since the date of which said Defendants were served with a Summons and a copy of the Complaint.
11. Defendants have failed to file an answer or other defense which they might have upon Plaintiff.

### RELIEF

12. Based on the relief sought by the Plaintiff in its complaint, the Plaintiff requests that the court enter a judgment to reflect the following relief:

    a. **Compensatory and Punitive Damages**

    - Due to the malicious prosecution and other actions of said Defendants, the Plaintiff seeks judgment against Defendants, jointly and severally, in an amount in excess of One Million ($1,000,000) Dollars compensatory and punitive damages.

    b. **Attorney Fees**

    - That pursuant to Fed R C P § 54 (c) that the Plaintiff be awarded attorneys' fees and costs.

    c. **Other Relief**
    - That any other appropriate relief as this Honorable Court deems just and proper be ordered.

WHEREFORE, the Plaintiff respectfully requests that this Court grant this motion and enter a default judgment against the Defendants pursuant to FRCP 55, and for any such other, further or different relief for which he may be entitled, premises considered.

Respectfully Submitted,

/s/James Adam Muns
James Adam Muns
(Bar: 1785N23W)

/s/Christine C. Hernandez
Christine C. Hernandez
(Bar: 8252I64H)

The Hernandez & Associates Law Firm, LLC
Attorneys for Plaintiff
PO Box 66174
Mobile, Alabama 36660-1174
(251) 479-1477 OFFICE
(251) 650-3843 FAX
james@equalizingjustice.com
christine@equalizingjustice.com

Of Counsel:
The Hernandez & Associates Law Firm, LLC
Attorneys for Plaintiff
PO Box 66174
Mobile, Alabama 36660-1174
(251) 479-1477 OFFICE
(251) 650-3843 FAX
james@equalizingjustice.com
christine@equalizingjustice.com

# CERTIFICATE OF SERVICE

Michael M. Linder, Jr.
James E. Atchison
Counsel for the Mobile City Council
The Atchison Firm, P.C.
411 Azalea Road
Mobile, AL 36609

K. Paul Carbo (for Warden Oliver)
The Atchison Firm, P.C.
411 Azalea Road
Mobile, AL 36609

Officer Jamal Pettway
8080 Airport Blvd.
Mobile, AL 36608

Officer Tabitha Lamar
8080 Airport Blvd.
Mobile, AL 36608

Officer Roderick Sheldton
8080 Airport Blvd.
Mobile, AL 36608

Officer Lee Pierce
8080 Airport Blvd
Mobile, AL 36608

Officer Rodney Greenley, Commander
Precinct Four
8080 Airport Blvd.
Mobile AL 36608

Lawrence L. Battiste, IV. Chief of Police
2460 Government Street
Mobile, AL 36606

City of Mobile
c/o City Clerk
Government Plaza
215 Government Street
Mobile, AL 36602

Mayor William S. Stimpson
P.O. Box 1827
Mobile, AL 36633

Sargent John C. Young
Custodian or Records
2460 Government St.
Mobile, AL 36606