## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE PETTWAY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION No.** |
| | ) | **1:22-CV-00371-N** |
| **OFFICER FLOYD JAMAL PETTWAY, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |
| | ) | |

### JOINT POSITION STATEMENT REGARDING SETTLEMENT

Plaintiff Ronnie Pettway and Defendant Officer Jamal Pettway (collectively, the "Parties")

submit this Joint Position Statement Regarding Settlement.

The Parties are currently engaging in informal settlement negotiations.  The Parties do not

believe a settlement conference would be beneficial at this time.

Respectfully submitted,

*/s/ L. Robert Shreve*
Ricardo A. Woods
Taylor Barr Johnson
Christine N. Burns-Brown
L. Robert Shreve
***Attorneys for Defendant Officer Jamal Anthony Pettway***

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, Alabama  36602
Tel:    251-344-5151
Fax:    251-344-9696
Email:  rwoods@burr.com
        tjohnson@burr.com
        cburns@burr.com
        rshreve@burr.com

*/s/ J. Adam Muns (with permission)*
James Adam Muns
Christine C. Hernandez
***Attorneys for Plaintiff, Ronnie Pettway***

**OF COUNSEL:**
The Hernandez & Associates Law Firm LLC
P.O. Box 66174
Mobile, AL 36660-1174
james@equalizingjustice.com
christine@equalizingjustice.com