IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RONNIE PETTWAY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **OFFICER JAMAL PETTWAY,** *et al.*; | ) **CASE NO. 1:22-cv-00371-KD-N** ) |
| **Defendants.** | ) ) ) ) ) |

**JOINT NOTICE OF SETTLEMENT**

COME NOW the parties in the above-styled action and jointly notify this Court that they have reached an agreement, in principle, resolving all claims by and between them. The parties respectfully request entry of an Order granting them twenty-one (21) days to finalize the terms of their agreement and to submit a joint stipulation of dismissal.

Respectfully submitted,

*/s/ Taylor Barr Johnson*
Ricardo A. Woods
Taylor Barr Johnson
Christine N. Burns-Brown
L. Robert Shreve
***Attorneys for Defendant, Officer Jamal Anthony Pettway***

**OF COUNSEL:**
**BURR & FORMAN LLP**
11 N. Water Street, Suite 22200
Mobile, Alabama  36602
Tel:    251-344-5151
Fax:    251-344-9696
Email: rwoods@burr.com
         tjohnson@burr.com
         cburns@burr.com
         rshreve@burr.com

51539279 v1.doc

2

                              */s/ J. Adam Muns (with permission)*
                              James Adam Muns
                              Christine C. Hernandez
                              ***Attorneys for Plaintiff, Ronnie Pettway***

**OF COUNSEL:**
The Hernandez & Associates Law Firm LLC
P.O. Box 66174
Mobile, AL 36660-1174
james@equalizingjustice.com
christine@equalizingjustice.com
*Attorneys for Plaintiff Ronnie Pettway*

Case 1:22-cv-00371-KD-N   Doc# 70   Filed 03/07/24   Page 2 of 2   PageID# 473